IT IS SO ORDERED

Judge Thelton E. Henderson

1  Scott Sagaria (State Bar No.217981)
   Elliot Gale (State Bar No. 263326)
2  Joe Angelo (State Bar No. 268542)
   SAGARIA LAW, P.C.
3  2033 Gateway Place, 5th Floor
   San Jose, California 95110
4  Telephone: (408) 279-2288
   Facsimile: (408) 279-2299
5
   Attorneys for Plaintiff
6
7
8
                    UNITED STATES DISTRICT COURT
9
        NORTHERN DISTRICT OF CALIFORNIA — SAN FRANCISCO DIVISION
10
11
12 | WILLIAM ARMSTRONG,                    | Federal Case No.: 3:16-CV-05671-TEH
   |
13 |         Plaintiff,                    |
   |
   |    vs.                                |
14 |                                       | **STIPULATED REQUEST FOR
   |                                       | DISMISSAL OF DEFENDANT SELECT
15 | EXPERIAN INFORMATION SOLUTIONS,       | PORTFOLIO SERVICING, INC.**
   | INC.; et. al.,                        |
16 |                                       |
   |         Defendants.                   |
17

18 **TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

19         IT IS HEREBY STIPULATED by and between plaintiff William Armstrong and

20 defendant Select Portfolio Servicing, Inc., that Select Portfolio Servicing, Inc. be dismissed from

21 this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(1)(A)(ii),

22 and that each party shall bear its own attorneys' fees and costs.

23 //

24 //

25 //

26 //

27 //

28 //

| | |
|---|---|
| DATED:  January 10, 2017 | Sagaria Law, P.C. |
| | By: _/s/ Elliot W. Gale_ |
| | Elliot W. Gale |
| | Attorneys for Plaintiff |
| | William Armstrong |
| | |
| DATED:  January 10, 2017 | Wargo and French LLP |
| | |
| | By: _/s/ Scott R. Laes_ |
| | Scott R. Laes. |
| | Attorneys for Defendant |
| | Select Portfolio Servicing, Inc. |

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Scott R. Laes has concurred in this filing.

*/s/ Elliot Gale*